**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Yann et al. | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 25-cv-12899-PGL |
| v. | ) | |
| Scott et. al | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**PAUL G. LEVENSON, USMJ**

In accordance with the Court's Order [Dkt. 27] entered on 11/12/26 it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 11/12/2026

By the Court,

/s/ Alexandra Traganos
Deputy Clerk